

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-18-00171-CR
## NO. 02-18-00172-CR

WALLACE WAYNE BOWMAN, JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

FROM THE 97TH DISTRICT COURT OF MONTAGUE COUNTY
TRIAL COURT NOS. 2008-0000144M-CR, 2008-0000143M-CR

----------

## MEMORANDUM OPINION[1]

----------

In 2010, Appellant Wallace Wayne Bowman, Jr. was convicted of capital murder and sentenced to life imprisonment. On April 16, 2018, Bowman filed (1) a notice of appeal from a trial court order—also signed on April 16, 2018— denying his "Motion to Vacate Judgment for Fraud on the Court by Affidavit" and (2) a motion for extension of time to file the notice of appeal. On April 26, 2018,

---

[1]See Tex. R. App. P. 47.4.

we notified Bowman of our concern that we lack jurisdiction over this appeal because article 11.07 of the code of criminal procedure is the exclusive means for challenging a final felony conviction. *See, e.g.*, *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding); *see also* Tex. Code Crim. Proc. Ann. art. 11.07 (West 2015). We stated that we would dismiss the appeal unless Bowman or any party desiring to continue the appeal filed a response by May 7, 2018, showing grounds for continuing the appeal. An attorney who represented Bowman in the trial court filed a response, which Bowman adopted or directed to our attention, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 5, 2018

---

[2]Because we lack jurisdiction, we take no action on Bowman's motion for extension of time. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).